Commonwealth *v.* Ferenc, Appellant.

Submitted June 14, 1971. *John M. Ferenc,* appellant, in propria persona; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Freeland, Appellant.

Argued June 16, 1971. *Lewis H. Markowitz,* with him *Michael J. Brillhart,* and *Markowitz, Kagen and Griffith,* for appellant; *J. Patrick Clark,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, submitted a brief, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.